1  JAN T. CHILTON (State Bar No. 47582)
   jtc@severson.com
2  M. ELIZABETH HOLT (State Bar No. 263206)
   meh@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant
7  BANK OF AMERICA, N.A.

8  ROBERT L. POLLAK (State Bar No. 083950)
   gpa@glassberg-pollak.com
9  GLASSBERG, POLLAK & ASSOCIATES
   425 California Street
10 San Francisco, CA 94104-2193
   Telephone: (415) 291-8320
11 Facsimile: (415) 291-8111

12 Attorneys for Plaintiff
   CHARLES SCHWAB & CO., INC.
13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES SCHWAB & CO., INC., a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, a national banking association; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:10-cv-04913-JL<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;** [PROPOSED] **ORDER**<br><br>CMC Date: February 2, 2011<br>Time: 10:30 a.m.<br>Courtroom: F, 15th Floor<br>Judge: Hon. James Larson<br><br>Complaint Date: September 22, 2010<br>Removal Date: October 29, 2010<br>Trial Date: None Set |

25     Plaintiff Charles Schwab & Co., Inc., and Defendant Bank of America, National

26 Association, hereby file this joint stipulation to request the Court to continue their case

27 management conference.

28

---

11608/0754/874915.1                                STIPULATION AND [PROPOSED] ORDER
                                                         Case No.: 3:10-cv-04913-JL

1  Pursuant to the Court's Order Setting Initial Case Management Conference and ADR
2  Deadlines, issued October 29, 2010, the parties are required to meet and confer on initial
3  disclosures and file certain ADR documents no later than **January 12, 2011**. Defendant Bank of
4  America, however, has a pending motion to dismiss which is scheduled to be heard on **February
5  2, 2011**. As this case has not yet passed the pleading stage, the parties agree that initial
6  disclosures and ADR would be premature at this time. Similarly, the case management
7  conference is also premature, as it is currently scheduled for February 2, 2011—the same date as
8  the hearing on the motion to dismiss.
9  Consequently the parties request that the case management conference and all associated
10 deadlines be continued by approximately sixty days to **April 6, 2011, at 10:30 a.m.**, or a date
11 thereafter of the Court's choosing.

12 DATED: January 6, 2011                     SEVERSON & WERSON
                                              A Professional Corporation

                                              By:    */s/ M. Elizabeth Holt*
                                                        M. Elizabeth Holt

                                              Attorneys for Defendant
                                              BANK OF AMERICA, N.A.

18 DATED: January 6, 2011                     GLASSBERG, POLLAK & ASSOCIATES

                                              By:    */s/ Robert L. Pollak*
                                                        Robert L. Pollak

                                              Attorneys for Plaintiff
                                              CHARLES SCHWAB & CO., INC.

- 2 -

11608/0754/874915.1                           STIPULATION AND [PROPOSED] ORDER
                                              Case No.: 3:10-cv-04913-JL

[~~PROPOSED~~] ORDER

For the reasons stated in the parties' stipulation, and good cause appearing, the case management conference is hereby CONTINUED to __April 6, 2011__ at __10:30 a.m.__ a.m./p.m. All associated deadlines are also continued accordingly.

IT IS SO ORDERED.

Dated: ___January 10, 2011___      _____/s/ James Larson_____
THE HONORABLE JAMES LARSON
UNITED STATES MAGISTRATE JUDGE