1  JAN T. CHILTON (State Bar No. 47582)
   jtc@severson.com
2  M. ELIZABETH HOLT (State Bar No. 263206)
   meh@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant
7  BANK OF AMERICA, N.A.

8  ROBERT L. POLLAK (State Bar No. 083950)
   gpa@glassberg-pollak.com
9  GLASSBERG, POLLAK & ASSOCIATES
   425 California Street
10 San Francisco, CA 94104-2193
   Telephone: (415) 291-8320
11 Facsimile: (415) 291-8111

12 Attorneys for Plaintiff
   CHARLES SCHWAB & CO., INC.
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                  SAN FRANCISCO DIVISION

17 | CHARLES SCHWAB & CO., INC., a corporation, | Case No.: 3:10-cv-04913-JL
18 |                                            | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**
19 |        Plaintiff,                          |
20 |   vs.                                      | CMC Date:    April 6, 2011
   |                                            | Time:        10:30 a.m.
21 | BANK OF AMERICA, NATIONAL ASSOCIATION, a national banking association; and DOES 1 through 50, inclusive, | Courtroom:   F, 15th Floor
   |                                            | Judge:       Hon. James Larson
22 |                                            |
   |        Defendants.                         | Complaint Date: September 22, 2010
23 |                                            | Removal Date:   October 29, 2010
   |                                            | Trial Date:     None Set
24

25     Plaintiff Charles Schwab & Co., Inc., and Defendant Bank of America, National

26 Association, hereby file this joint stipulation to request the Court to continue their case

27 management conference.

28

---
11608/0754/894551.1                          STIPULATION AND [PROPOSED] ORDER
                                             Case No.: 3:10-cv-04913-JL

| | |
|---|---|
| 1 | Pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines, issued October 29, 2010, and the Clerk's Notice issued January 12, 2011, the parties are required to meet and confer on initial disclosures and file certain ADR documents no later than **March 16, 2011**. Defendant Bank of America, however, has a pending motion to dismiss which is scheduled to be heard on **April 6, 2011**. |

As this case has not yet passed the pleading stage, the parties agree that initial disclosures and ADR would be premature at this time. Similarly, the case management conference is also premature, as it is currently scheduled for April 6, 2011—the same date as the hearing on the motion to dismiss.

Consequently the parties respectfully request that the case management conference be continued by approximately thirty days to **May 11, 2011, at 10:30 a.m.**, or a date thereafter of the Court's choosing; and that the ADR and case management statement deadlines also be continued accordingly.

DATED: March 3, 2011

SEVERSON & WERSON
A Professional Corporation

By: /s/ M. Elizabeth Holt
　　　M. Elizabeth Holt

Attorneys for Defendant
BANK OF AMERICA, N.A.

DATED: March 3, 2011

GLASSBERG, POLLAK & ASSOCIATES

By: /s/ Robert L. Pollak
　　　Robert L. Pollak

Attorneys for Plaintiff
CHARLES SCHWAB & CO., INC.

- 2 -

11608/0754/894551.1

STIPULATION AND [PROPOSED] ORDER
Case No.: 3:10-cv-04913-JL

[PROPOSED] ORDER

For the reasons stated in the parties' stipulation, and good cause appearing, the case management conference is hereby CONTINUED to __May 11, 2011__ at __10:30 a.m.__ a.m./p.m.  All associated deadlines are also continued accordingly.

IT IS SO ORDERED.

Dated: __March 8, 2011__.

_____
THE HONORABLE JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

- 3 -

11608/0754/894551.1

STIPULATION AND [PROPOSED] ORDER
Case No.: 3:10-cv-04913-JL